**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

IN RE:                                                                  CASE NO.: 20-22971-MAM

                                                                                CHAPTER 11

TENTLOGIX, INC.,

    Debtor.
_____/

## CHAPTER 11 CASE MANAGEMENT SUMMARY

In compliance with Local Rule 2081-1(B), the Debtor-in-Possession, TENTLOGIX, INC., files this Chapter 11 Case Management Summary and states:

The following data represents approximations for background information only and the information may represent the Debtor's best estimate in response to some of the ensuing questions.

1. Date of Order for Relief under chapter 11 (filing date of petition if voluntary chapter 11 petition): **November 27, 2020**

2. Names, case numbers and dates of filing of related debtors: **None**

3. Description of debtor's business: **The Debtor operates a tent rental business**

4. Locations of debtor's operations and whether the business premises are leased or owned: **19100 SW Warfield Boulevard Indiantown, FL 34956**

5. Reasons for filing chapter 11: **The Debtor's business faced a significant decrease in sales due to COVID-19. Debtor filed Chapter 11 to reorganize its debt obligations and to provide orderly repayment to his creditors.**

6. List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during the 1 year prior to filing: **Gary Hendry, CEO**

7. Debtor's fiscal or calendar year to date gross income and the debtor's gross income for the calendar or fiscal year prior to the filing of this petition: **See Statement of Financial Affairs #4, attached hereto.**

8. Amounts owed to various creditors:

    a. Obligations owed to priority creditors including priority tax obligations: **See Schedule E/F, attached hereto.**

    b. With respect to creditors holding secured claims, the name of and amounts owed to such creditors and a description and estimated value of all collateral of the debtor securing their claims: **See Schedule D, attached hereto.**

    c. Amount of unsecured claims: **See Schedule E/F.**

9. General description and approximate value of the debtor's assets: **See Schedule A/B, attached hereto.**

10. List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires:
    **Auto: The Hartford 21 UEN DD 6970
    General Liability: The Hartford 21 CES OF3569
    Commercial Inland Marine: The Hartford 21 MS HF8745
    Umbrella Policy: The Hartford 21 XS ON2099
    Worker's Compensation: Continental Indemnity Company 73-257573-01-06**

11. Number of employees and amounts of wages owed as of petition date: **35. One week of pre-petition payroll is owed from November 22, 2020 to November 27, 2020.  It is estimated that payroll to be paid on the 12/11/2020 pay date will be $67,432.03.**

12. Status of debtor's payroll and sales tax obligations, if applicable.  This does not eliminate the obligation of chapter 11 debtors (other than individuals not engaged in business) to provide the more detailed payroll tax information required by Local Rule 2081-1(A): **Current**

13. Anticipated emergency relief to be requested within 14 days from the petition date:
    **Application to Employ Kelley, Fulton & Kaplan, P.L.
    Application to Employ Accountant
    Motion to Pay Pre-Petition Payroll
    Motion to Pay Officer Salary**

                                            /s/ Gary Hendry
                                            Signature

                                            Gary Hendry
                                            (Name of Debtor)

/s/ Craig I. Kelley
Signature

Craig I. Kelley, Esq.
1665 Palm Beach Lakes Blvd
The Forum – Suite 1000
West Palm Beach, FL 33401
Name and Address of Debtor's Attorney

782203
Florida Bar No.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A) and that a true and correct copy of the foregoing was furnished via U. S. Mail to the parties indicated below on this 3rd day of December 2020.

KELLEY, FULTON & KAPLAN, P.L.
Attorneys for Debtor
1665 Palm Beach Lakes Blvd.
The Forum - Suite 1000
West Palm Beach, Florida 33401
Telephone No. (561) 491-1200
Facsimile No.  (561) 684-3773

By:/s/ Craig I. Kelley
    Craig I. Kelley
    Florida Bar No.: 782203

**Mailing Information for Case 20-22971-MAM**

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Craig I Kelley**    craig@kelleylawoffice.com, tina@kelleylawoffice.com;cassandra@kelleylawoffice.com;kristina@kelleylawoffice.com;debbie@kelleylawoffice.com;dana@kelleylawoffice.com

- **Office of the US Trustee**    USTPRegion21.MM.ECF@usdoj.gov

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service).

**Tentlogix, Inc.**
19100 SW Warfield Blvd.
Indiantown, FL 34956


See attached mailing matrix.

```
Label Matrix for local noticing          Tentlogix Inc.                           Adrienne Rosen
113C-9                                   19100 SW Warfield Boulevard              Assistant U.S. Attorney
Case 20-22971-MAM                        Indiantown, FL 34956-9766                Department of Justice
Southern District of Florida                                                      99 N.E. 4th Street
West Palm Beach                                                                   Miami, FL 33132-2131
Tue Dec  1 11:22:34 EST 2020

Ally Financial                           American Express                         Ameritas Life Insurance Corp.
P.O. Box 380902                          P.O. Box 981537                          5900 O Street
Minneapolis, MN 55438-0902               El Paso, TX 79998-1537                   Lincoln, NE 68510-2234


Angie's Dumpster Service                 Applied Underwriters                     Atty General United States Dept Justice
P O Box 7115                             P.O. Box 3646                            Tenth & Constitution
Port Saint Lucie, FL 34985-7115          Omaha, NE 68103-0646                     Washington, DC 20530-0001


BrandSafway Scaffolding Systems, LLC     BrandSafway Solutions, LLC               Capital One
3585 Shares Pl                           655 Huron Ave,                           P.O. Box 85547
West Palm Beach, FL 33404-1735           Memphis, TN 38107-1512                   Richmond, VA 23285


Chrysler Financial                       Ci-Fabrics                               (p)CITIZENS BANK N A
P.O. Box 55000 Dept 203201               2325 Marconi Ct                          ATTN BANKRUPTCY TEAM
Detroit, MI 48255-2032                   San Diego, CA 92154-7241                 ONE CITIZENS BANK WAY
                                                                                  JCA115
                                                                                  JOHNSTON RI 02919-1922

Crystal Springs                          D.O.T Tiedown and Lifting Equipment      Daimler Truck Financial
200 Eagles Landing Boulevard             500 Park Commerce Road                   13650 Heritage Parkway
Lakeland, FL 33810-3058                  Greenville, SC 29611-7954                Fort Worth, TX 76177-5323


Debra Basterrechea                       Diamond Resorts International            Fleet Energy Managers LLC
Goldberg & Rosen, P.A.                   10600 W. Charleston Blvd                 Potential Liability for Business Debt
1111 Brickell Avenue                     Las Vegas, NV 89135-1260                 Wilmington, DE 19810
Suite 2180
Miami, FL 33131-3103


Florida Department of Revenue            (p)FORT PIERCE UTILITIES AUTHORITY       Industrial Fabrics International Assoc.
5050 West Tennessee Street               206 S 6TH ST                             1801 County Road B W
Tallahassee, FL 32399-0140               FORT PIERCE FL 34950-4295                Saint Paul, MN 55113-4061


(p)INTERNAL REVENUE SERVICE              Internal Revenue Service                 Jean Alty
CENTRALIZED INSOLVENCY OPERATIONS        Central Insolvency Operation             c/o Law Offices of Levy & Levy,P.A.
PO BOX 7346                              P.O. Box 7346                            1000 Sawgrass Corporate Parkway
PHILADELPHIA PA 19101-7346               Philadelphia, PA 19101-7346              Fort Lauderdale, FL 33323-2871


Kubota                                   Landstar Inway, Inc.                     Losberger US
1000 Kubota Drive                        420 Hudson River Rd                      285 Bucheimer Rd
Grapevine, TX 76051-2334                 Waterford, NY 12188-1916                 Frederick, MD 21701-3141
```

Mainline Carpets
200 Industrial Blvd
Dalton, GA 30720-7533

Marquee Event Rentals
9480 W 55th St
La Grange, IL 60525-3694

Martin County Tax Collector
3485 SE Willoughby Blvd.
Stuart, FL 34994-5062

Metro Fire Sprinker Services, Inc.
3200 Belmeade Dr.
Carrollton, TX 75006-3303

Michael Porter
Assistant U.S. Attorney
Department of Justice
550 S. 2nd Street
Fort Pierce, FL 34950

NAG Properties, LLC
1121 Digiorgio Road
Fort Pierce, FL 34982-5525

NAVIX Consulting
6190 Powers Ferry Road Suite 500
Atlanta, GA 30339-2967

(p)NATIONAL CREDIT SYSTEMS
ATTN MELANIE MAYFIELD
3750 NATURALLY FRESH BLVD
ATLANTA GA 30349-2964

Nationwide Lift Trucks
3900 N 28 Terrace
Hollywood, FL 33020-1178

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Olympic Tents
121 North G Street
Tacoma, WA 98403-2226

Parkman Electric
11415 SW Fox Brown Rd
Indiantown, FL 34956-9737

Piedmont Plastics
3147 N Andrews Avenue Ext
Pompano Beach, FL 33064-2139

Portable Air
555 S Industry Road
Cocoa, FL 32926-5859

Portofino Landings
4712 E Portofino Landings Blvd
Fort Pierce, FL 34947

Pryor Learning Solutions
5700 Broadmoor, Suite 300
Mission, KS 66202-2415

Seacoast National Bank
1108 SE Port St. Lucie Boulevard
Port Saint Lucie, FL 34952-5354

Seacoast National Bank
815 Colorado Ave
Stuart, FL 34994-3060

St. Lucie County Tax Collector
Chris Craft
P.O. Box 308
Fort Pierce, FL 34954-0308

Sunbelt Rentals
5701 Chapel Hill Rd.
Raleigh, NC 27607-5103

Sunteck Transport Co LLC
4500 Salisbury Road Suite 305
Jacksonville, FL 32216-8057

Tape Products Company
7803 Southland Blvd # 204
Orlando, FL 32809-6978

Territo Electric, Inc.
441 Enterprise Street
Ocoee, FL 34761-3036

The Hartford
One Hartford Plaza
Hartford, CT 06155-0001

Tideline Staffing
2000 N Dixie Hwy
Lake Worth, FL 33460-6244

Toyota Commercial Finance
8951 Cypress Waters Blvd, Suite 300
Coppell, TX 75019-4753

Toyota Industries Commercial Finance
1501 North Plano Road
Suite 100
Richardson, TX 75081-2493

United Leasing & Finance
3700 Morgan Avenue
Evansville, IN 47715-2240

United Rentals, Inc.
3250 West 45th Street
West Palm Beach, FL 33407-1918

United Site Services of Florida, Inc.
3945 Fiscal Ct,
West Palm Beach, FL 33404-1780

| | | |
|---|---|---|
| United States of America<br>U.S. Attorney<br>101 South U.S. 1<br>Suite 3100<br>Fort Pierce, FL 34950 | Unlimited Sales, Inc.<br>617 NW Buck Hendry Way,<br>Stuart, FL 34994-9669 | Verizon Wireless<br>P.O. Box 945514<br>Atlanta, GA 30394-5514 |
| Volm Companies<br>5702 Industrial Way<br>Pasco, WA 99301-9830 | William Perrone<br>Wiggin and Dana<br>281 Tresser Boulevard<br>Two Stamford Plaza<br>Stamford, CT 06901-3263 | Craig I Kelley<br>1665 Palm Beach Lakes Blvd #1000<br>West Palm Beach, FL 33401-2109 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Citizens Automobile Finance, Inc.<br>1 Citizens Plaza<br>Providence, RI 02903 | Fort Pierce Utilities Authority<br>P.O. Box 3191<br>Fort Pierce, FL 34948 | Internal Revenue Service<br>Acting US Attorney<br>99 NE 4th Street<br>Miami, FL 33132 |
| (d)Internal Revenue Service<br>Atty General United States Dept Justice<br>Tenth & Constitution<br>Washington, DC 20530 | (d)Internal Revenue Service<br>c/o IRS District Counsel<br>Claude Pepper Federal Bldg<br>51 S.W. 1st Ave., 11th Floor<br>Miami, FL 33130 | National Credit Systems<br>P.O. Box 312125<br>Atlanta, GA 31131-2125 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)West Palm Beach | (u)Fred's Tents & Canopies, Inc. | (u)Gary Hendry |
| (u)Inventory Sales Company | End of Label Matrix<br>Mailable recipients    65<br>Bypassed recipients     4<br>Total                  69 | |